# CRIMINAL DOCKET · U.S. District Court

**AO 256 (Rev. 2/86)**

| | | |
|---|---|---|
| PO ☐ | 0417 | Assigned 4 1705 |
| Misd. ☐ | | Disp./Sentence |
| Felony ☒ | District | Off Judge/Magistr. |

☐ WRIT ☐ JUVENILE ☐ ALIAS

U.S. vs **DOE, John** a/k/a "Gene"

OFFENSE ON INDEX CARD ▶ Import & Poss. marijuana

**Case Filed:** 04 / 29 / 87
**Docket No.:** 00013
**Def.:** 12
**No of Def's:** 20

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:952(a)&960 & 18:2 | Import. of Sch. I Non-narcotic Controlled subs. & aiding & abetting - marijuana - Cts. 1 & 3 | 2 |
| 21:846 & 18:2 | Attempt to poss. w/intent to distr. sch. I non-narcotic controlled substance and aiding and abetting -marijuana - Ct. 2 | 1 |
| 21:841(a)(1)&18:2 | Poss. w/inten intent to distr. sch. I non-narcotic controlled substance and aiding and abetting -marijuana Ct. 4 | 1 |
| 18:1952(a) & 2 | Interstate TRavel in Aid of Racketeering & aiding & abetting - Cts. 9 & 15 | 2 |

## II. KEY DATE

**INTERVAL ONE** — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

**END ONE AND/OR BEGIN TWO** — KEY DATE: **4-29-87** APPLICABLE ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg: ☐ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE / APPLICABLE: ☐ Dismissal, Pled guilty/Nolo, Trial (voir dire) began ☐ Jury ☐ N.J

## III. MAGISTRATE

(form fields — blank)

Show last names and suffix numbers of other defendants on same indictment/information: 01-Crisp; 02-Miles; 03-Miles; 04-Hurley; 05-Van Horn; 06-Gillikin; 07-Commerford; 08-Barber; 09-Holland; 10-McEwee; 11-Pawlak; 13-Golden; 14-Hall; 15-Wagner; 16-Soares; 17-Hughey; 18-Doe; 19-Doe; 20-Doe

**ATTORNEYS** — U.S. Attorney or Asst: J. Douglas McCullough

Defense: 1 ☐ CJA  2 ☐ Ret  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE / DOCUMENT NO | Yr | Docket No | Def | MASTER DOCKET MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE __ OF __ | VI. EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | 87 | 00013 | 12 | | | | | |

### V. PROCEEDINGS

DOE, a/k/a Gene

| Date | # | Entry | Details |
|---|---|---|---|
| 4/29/87 | 1. | **INDICTMENT** | - lc: Judge Dupree, Mag. Dixon, USA, USPO, USM, New Bern Office |
| | 2. | **REQUEST FOR ISSUANCE OF WARRANT** | - detention requested. |
| | 3. | **ISSUED WARRANT** | - detention requested - orig. & lcy. USM w/copy of Indictment - lc: USA. |
| 7-16-87 | 4. | **ORDER** | FOR DISMISSAL - because the government could not overcome a possible alibi defense if asserted by the defendnat. Judge DUpree cys. dist. (ent. 7-17-87) ms CR OB # 5, p. 258 |
| 7-24-87 | | FIELD REPORT RETURNED **WARRANT FOR ARREST** | Returned unexecuted - order for dismissal dated July 16, 1987  Nancy Williams |






LETTER CODES (identifying periods of excludable delay per 18 USC 3161(h)):
A. Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B. NARA exam (18 USC 2902) [(1)(B)]
C. State/Fed'l proceedings on other charges [(1)(D)]
D. Interlocutory appeal [(1)(E)]
E. Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F. Transfer from other district per FRCrP 20, 21 or 40 or Mag. Rule 6a [(1)(G)]
G. Proceedings under advisement, not to exceed 30 days after all necessary submissions filed and hearings completed [(1)(J)]
H. Misc. proceedings: arraignment, parole/probation revocation, Deportation, extradition [(1)]
5. Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6. Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7. Consideration by Court of proposed plea agreement [(1)(I)]
I. Prosecution deferred by mutual agreement [(2)]
M. Unavailability of defendant or essential witness [(3)(A,B)]
N. Period of mental/physical incompetence of def. to stand trial [(4)]
O. Period of NARA commitment/treatment [(5)]
P. Superseding indictment and/or new charges [(6)]
R. Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T. Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1. Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)]
T2. Case unusual or complex [(8)(B,ii)]
T3. Indictment/arrest can't be in 30 days [(8)(B,iii)]
T4. Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U. Time up to withdrawal guilty plea [3161]
W. Grand Jury indictment time extended 30 more days, 3161(b)